69 A.3d 238

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jorge George FRATICELLI, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 2013.

## ORDER

PER CURIAM.

AND NOW, this 25th day of June, 2013, the Application for Leave to File Supplement to the Petition for Allowance of Appeal, the Motion to Supplement the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED.**